IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED ub

05 APR 20 PM 4 4

ROBERT R. DI CLIO
CLERK, U.S. DI CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| WILLIAM H. CARTER, | ) |
| Plaintiff, | ) |
| v. | ) No. 05-2009 Ml/V |
| LOWE'S HOME IMPROVEMENT WAREHOUSE OF CORDOVA and LOWE'S HOME CENTERS, INC., | ) |
| Defendants. | ) |

## ORDER SETTING TRIAL AND PRETRIAL DATES

Pursuant to Local Rule 72.1(f), a Rule 16(b) Scheduling Order was entered on March 21, 2005, by United States Magistrate Judge Diane K. Vescovo. In accordance with the deadlines established in that order, trial and pretrial dates are set as follows before the District Court:

1. The jury trial in this matter, which is anticipated to last two (2) days, is set to begin <u>Monday, March 20, 2006 at 9:30 a.m.</u> in courtroom no. 4.

2. A pretrial conference is set for <u>Monday, March 13, 2006 at 9:00 a.m.</u>

3. The joint pretrial order and proposed jury instructions and voir dire questions are due by no later than 4:30 p.m. on <u>March 6, 2006</u>.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-21-05

Absent good cause, the dates established by this order shall not be extended or modified.

IT IS SO ORDERED this 19 day of April, 2005.

                                              JON PHIPPS McCALLA
                                              UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02009 was distributed by fax, mail, or direct printing on April 21, 2005 to the parties listed.

---

Minton Philip Mayer
SPICER FLYNN & RUDSTROM
80 Monroe Ave.
Ste. 500
Memphis, TN 38103--246

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

David A. Siegel
NAHON & SAHAROVICH
5100 Poplar Avenue
Ste. 2500
Memphis, TN 38137

Honorable Jon McCalla
US DISTRICT COURT