IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF TENNESSEE - WESTERN DISTRICT

FILED BY ____ D.C.

05 AUG 17 AM 11: 48

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

**WILLIAM H. CARTER,**

    **Plaintiff,**

vs.

**LOWE'S HOME IMPROVEMENT WAREHOUSE OF CORDOVA and LOWE'S HOME CENTERS, INC.**

    **Defendants.**

NO. 05 2009 MIV
JURY DEMANDED

## STIPULATED CONSENT ORDER OF DISMISSAL PURSUANT TO RULE 41 WITH PREJUDICE

Come now the parties, by and through their attorneys of record, and announce to the Court that the matters and things in controversy have been compromised and settled and that this cause might be dismissed, with prejudice.

**IT IS, THEREFORE, BY THE COURT, ORDERED, ADJUDGED AND DECREED** that the above-styled and numbered cause be, and the same hereby is, dismissed with prejudice, for which let execution issue.

_____
JUDGE

ENTERED: Aug 17, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-17-05

**APPROVED:**

*[signature]*

DAVID A. SIEGEL  (#11870)
5100 Poplar Ave., Suite 2500
Memphis TN 38137
Attorney for Plaintiff


**SPICER, FLYNN & RUDSTROM, PLLC**

By: *[signature]*

MINTON P. MAYER (#18111)
80 Monroe Avenue
Suite 500
Memphis, TN 38103
Attorney for Defendant

J:\data\MPM\39299\Consent Order of Dismissal with Prejudice.doc

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02009 was distributed by fax, mail, or direct printing on August 17, 2005 to the parties listed.

---

Minton Philip Mayer
SPICER FLYNN & RUDSTROM
80 Monroe Ave.
Ste. 500
Memphis, TN 38103--246

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

David A. Siegel
NAHON SAHAROVICH & TROTZ, PLC
488 S. Mendenhall
Memphis, TN 38117

Honorable Jon McCalla
US DISTRICT COURT