FILED BY ____ D.C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 AUG 17 AM 11:48

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

WILLIAM H. CARTER

VS

LOWE'S HOME IMPROVEMENT
WAREHOUSE OF CORDOVA and
LOWE'S HOME CENTERS, INC.

**JUDGMENT IN A CIVIL CASE**

CASE NO: 05-2009 Ml/V

The parties having compromised and settled all matters in controversy:

**IT IS SO ORDERED AND ADJUDGED** that, in accordance with the Stipulated Consent Order of Dismissal Pursuant to Rule 41 With Prejudice filed August 17, 2005, this case is DISMISSED with prejudice.

APPROVED:

_____
JON PHIPPS MCCALLA
UNITED STATES DISTRICT COURT

8-17-05
Date

THOMAS M. GOULD
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  8-17-05

8

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CV-02009 was distributed by fax, mail, or direct printing on August 17, 2005 to the parties listed.

---

David A. Siegel
NAHON SAHAROVICH & TROTZ, PLC
488 S. Mendenhall
Memphis, TN 38117

Minton Philip Mayer
SPICER FLYNN & RUDSTROM
80 Monroe Ave.
Ste. 500
Memphis, TN 38103--246

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT